UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 8 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | C.A. No.: B-03-124 |
| § | (Claim No.: 80051) |
| SANTOS MOLINA, § | |
| § | |
| Defendant. § | |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's Order of Conference and Disclosure of Interested Parties, the United States of America ("USA") files the following:

**Plaintiff**:
United States Department of Education
San Francisco Service Center
50 United Nations Plaza, Room 224
San Francisco, CA 94102

**Defendant**:
Santos Molina
1387 Julissa Drive
Los Fresnos, Texas 785669

Respectfully submitted,

By: _____
M. H. Cersonsky, TBA #04046500
U.S. Southern District No. 5082
5065 Westheimer Road, Suite 600
Houston, Texas 77056-5606
Tel: (713) 840-1492
Fax: (713) 840-0038
**Attorney for the United States of America**

OF COUNSEL:
ALONSO, CERSONSKY & GARCÍA, P.C.

## CERTIFICATE OF SERVICE

I, certify that a true and correct copy of the above and foregoing will be delivered by the Constable delivering the Original Complaint and Summons, on July 23, 2003, to:

Santos Molina
1387 Julissa Drive
Los Fresnos, Texas 785669

_____
M. H. Cersonsky

ALONSO, CERSONSKY & GARCÍA, P.C.
ATTORNEYS AND COUNSELORS
GALLERIA FINANCIAL CENTER
5065 WESTHEIMER, SUITE 600
HOUSTON, TEXAS 77056
TELEPHONE (713) 840-1492   FAX: (713) 840-0038

COPY

July 23, 2003

Santos Molina
1387 Julissa Drive
Los Fresnos, Texas 785669

    Re:   *United States of America v. SANTOS MOLINA*
           C.A. No. B-03-124

Dear Ms. Molina:

    Enclosed please find the Court's Order of Conference set for Thursday, November 20, 2003, at 2:00 PM. Your attendance is required at the Conference.

    To ensure receipt of this letter and Order of Conference, we are sending them via certified mail, return receipt requested, and by regular first class mail.

    Should you wish to discuss paying this debt, then please call my father, Leonard Cersonsky, or his assistant, Janie Ruiz. Their telephone number is 713-840-1492. Have your claim number when you call. Your claim number is: 80051. This letter is from a debt collector.

                                                             Very truly yours,

                                                             M. H. Cersonsky

MHC:pm
CM:RRR No.  7003 0500 0004 8729 2531

    cc:   Mr. Juan Barbosa
            Deputy Clerk-In-Charge
            United States District Court for the Southern
            District of Texas, Brownsville Division
            600 East Harrison Street
            Room 101
            Brownsville, TX 78520

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| VS | § | CIVIL ACTION NO. B-03-124 |
| SANTOS MOLINA | § | |

United States District Court
Southern District of Texas
ENTERED
JUL 15 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

COPY

## ORDER SETTING CONFERENCE

1. Counsel shall appear for an initial pretrial conference:

    <u>November 20, 2003, at 2:00 p.m.</u>
    Courtroom No. 1, 2nd Floor
    U.S. Federal Building & Courthouse
    600 E. Harrison, #203
    Brownsville, Texas 78520

2. Within 15 days of receiving this order, counsel must file a list of all entities that are financially interested in this litigation, including parent, subsidiary, and affiliated corporations. When a group description is effective disclosure, an individual listing is not necessary. Underline the name of corporations with publicly traded securities. Counsel must promptly amend the list when parties are added or additional interested parties are identified.

3. The plaintiff must serve the defendant within 120 days of filing the complaint. The plaintiff's failure to file proof of service within that time may result in dismissal by the court on its own initiative. *See* Rule 4(m).

4. At least 14 days before the conference, counsel must file a joint case management plan with the identity and purpose of witnesses, sources and types of documents, and other requirements for a prompt and inexpensive preparation of this case for disposition by motion or trial. *See* Fed.R.Civ.P. Rule 26(f).

5. The parties may agree on additional deadlines for completion of pretrial matters and bring a proposed Scheduling and Docket Control Order with them to the initial pretrial conference.

6. By the conference, counsel will have interviewed their clients and read the documents; readily available documents will have been exchanged at the plan meeting at the latest.

7. The court will set a schedule for initial preparation and may rule on motions pending or made at the conference.

8. Counsel who file and remove an action must serve a copy of this order on the other parties.

9. Counsel who appears at the conference must have authority to bind the client and must know the facts.

10. Counsel must have discussed alternative dispute resolution with their clients and each other; at the conference, the court will consider whether a method of ADR is suited to this case.

11. Failure to comply with this order may result in sanctions, including dismissal of the action and assessment of expenses.

BY THE ORDER OF THE COURT