IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. B-03-124 |
| SANTOS MOLINA, | § § | |
| Defendant. | § | |

United States District Court
Southern District of Texas
FILED

NOV 1 0 2003

Michael N. Milby
Clerk of Court

## MOTION FOR CONTINUANCE

TO THE HONORABLE MAGISTRATE JUDGE:

COMES NOW, Plaintiff, UNITED STATES OF AMERICA ("USA"), and presents this *Motion for Continuance* and in support thereof says as follows:

I.

The above referenced case has been set for *Pretrial Conference* on Thursday, November 20, 2003, at 2:00 P.M., by Order of this Court.

II.

Plaintiff and Defendant have entered into settlement negotiations. A copy of their proposed *Agreed Judgment* is attached as Exhibit "A" hereto. It is the sincere desire of both parties to resolve this matter by way of settlement, as opposed to further litigation.

III.

This Motion is not set out for delay, but so that justice may be done, and that settlement can be achieved.

V.

If a settlement is reached, the Court will be notified immediately and the appropriate papers resolving the case will be submitted to the Court forthwith.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this Court grants this *Motion for Continuance.*

Respectfully submitted,

By: _____
M. H. Cersonsky TBA#04048500, SBA#5082
5065 Westheimer Road, Suite 600
Houston, Texas 77056-5606
Telephone: (713) 840-1492
Facsimile: (713) 840-0038
**Attorneys for the United States of America**

OF COUNSEL:
ALONSO, CERSONSKY & GARCÍA, P.C.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion for Continuance was sent by certified mail, return receipt requested, and by regular mail, on November 7, 2003, to:

Santos Molina
1387 Julissa Drive
Los Fresnos, Texas 78566

*M.H. Cersonsky\ PM **
M. H. Cersonsky
**Signed by permission
Peter Mandelik

| UNITED STATES OF AMERICA | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| Plaintiff, | § § § | |
| vs. | § § | CIVIL ACTION: B-03-124 (Claim: C-80051) |
| SANTOS MOLINAS, | § § § | |
| Defendant. | § | |

## Agreed Judgment

1. On the agreement of the parties, it is adjudged that the USA recover from Santos Molina:

   A. Principal of $3,909.04;
   B. Prejudgment interest of $2,907.06 to June 19, 1998, and daily accrual of $0.86 per diem until the date of judgment;
   C. Attorney's fees of $550.00;

   Post-judgment interest at _____% per annum.

   Molina will make monthly payments of $150.00, beginning November 30, 2003 and continue to make monthly payments in that amount on the same day of each month until paid in full.

2. Monthly payments will be mailed to:   Central Intake Facility
   United States Department of Justice
   P. O. Box 198558
   Atlanta, Georgia  30384.

3. Execution may issue immediately if the defendant defaults on payment.

   Signed: _____, 2003, at Brownsville, Texas.

   _____
   United States District Judge

Approved and Entry Requested:

By: _____    By: _____
M. H. Cersonsky, TBA#0408500, SBA #5082
Jim L. Garcia, TBA#07636700,SBA#8115          Santos Molina
5065 Westheimer, Suite 600                           1387 Julissa Drive
Houston, Texas  77056                                    Los Fresnos, Texas 78566
Tel. (713) 840-1492 Fax (713) 840-0038
Attorneys for the United States of America
Of Counsel: Alonso, Cersonsky & Garcia, P.C.

PLAINTIFF'S EXHIBIT