IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 1 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES OF AMERICA, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. B-03-124 |
| SANTOS MOLINA, | § | |
| Defendant. | § | |

## ORDER GRANTING MOTION FOR CONTINUANCE

On this day, came on to be heard the *Motion for Continuance* of Plaintiff, UNITED STATES OF AMERICA ("USA"), and the Court having reviewed the pleadings on file is of the opinion that the *Motion for Continuance* should, in all things, be granted. It is hereby,

ORDERED that the above referenced case which has been set for *Pretrial Conference* on Thursday, November 20, 2003, is hereby continued, And RESET TO December 11, 2003, at 2:00 p.m.

SIGNED November 17, 2003, at Brownsville, Texas.

Felix Recio
United State Magistrate Judge