UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | C.A. No.: B-03-124 (Claim No. 80051 |
| SANTOS MOLINA, | § § § | |
| Defendant. | § | |

## MOTION FOR ENTRY OF AGREED JUDGMENT

TO THE HONORABLE FELIX RECIO:

COMES NOW United States of America ("USA"), plaintiff, and moves for entry of the agreed judgment signed by defendant Santos Molina.

WHEREFORE, plaintiff ask the court to sign the agreed judgment filed with this motion.

Respectfully Submitted,

By: _____
M. H. Cersonsky, TBA #04048500, SBA #5082
Jim L. García, TBA #07636700, SBA #8115
5065 Westheimer Road, Suite 600
Houston, Texas 77056-5606
Telephone: (713) 840-1492
Facsimile: (713) 840-0038
**Attorneys for United States of America**

OF COUNSEL:
ALONSO, CERSONSKY & GARCÍA, P.C.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion was sent certified mail return receipt requested and regular mail on December ____5th____, 2003, to:

Santos Molina
1387 Julissa Drive
Los Fresnos, Texas 78566

_____
Jim L. García