| UNITED STATES OF AMERICA | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
ENTERED
DEC 1 2 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SANTOS MOLINAS,

Defendant.

CIVIL ACTION: B-03-124
(Claim: C-80051)

United States District Court
Southern District of Texas
FILED
DEC 1 1 2003
Michael N. Milby
Clerk of Court

### Agreed Judgment

1. On the agreement of the parties, it is adjudged that the USA recover from Santos Molina:

   A. Principal of $3,909.04;
   B. Prejudgment interest of $2,907.06 to June 19, 1998, and daily accrual of $0.86 per diem until the date of judgment;
   C. Attorney's fees of $550.00;

   Post-judgment interest at __1.37__ % per annum.

   Molina will make monthly payments of $150.00, beginning November 30, 2003 and continue to make monthly payments in that amount on the same day of each month until paid in full.

2. Monthly payments will be mailed to:   Central Intake Facility
                                          United States Department of Justice
                                          P. O. Box 198558
                                          Atlanta, Georgia 30384.

3. Execution may issue immediately if the defendant defaults on payment.

   Signed: __December 11__, 2003, at Brownsville, Texas.

   United States District Judge

Approved and Entry Requested:

By: _____
M. H. Cersonsky, TBA#0408500, SBA #5082
Jim L. Garcia, TBA#07636700, SBA#8115
5065 Westheimer, Suite 600
Houston, Texas 77056
Tel. (713) 840-1492 Fax (713) 840-0038
Attorneys for the United States of America
Of Counsel: Alonso, Cersonsky & Garcia, P.C.

By: _____
Santos Molina
1387 Julissa Drive
Los Fresnos, Texas 78566