| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
FILED

OCT 0 5 2004

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA, §
§
    Plaintiff, §
§
Vs. §   CIVIL ACTION B-03-124
§   (Claim 80051)
SANTOS MOLINAS, §
§
    Defendant. §

## ABSTRACT OF JUDGMENT

| Date Judgment Entered | 12-12-03 |
|---|---|
| Judgment in Favor of: | UNITED STATES OF AMERICA<br>c/o Plaintiff's Attorney (*See Below)<br>Alonso, Cersonsky & García, P.C. |
| Judgment Against: | SANTOS MOLINAS<br>Los Fresnos, Texas |
| Amount of Judgment: | $3,909.04   in principal;<br>$2,907.06   total interest accrued as of 06-19-98 |
| Amount of Costs: | $550.00   in Attorney's Fees |
| Pre-judgment Rate of Interest: | $0.86 Per Diem |
| Post-judgment Rate of Interest: | 1.37% |
| Amount of Credits Since Judgement: | None. |
| Amount Due: | $ |

The above and foregoing is a correct Abstract of Judgment entered in the United States District Court for the Southern District of Texas, in the above captioned case.

Dated: 10-5-04    MICHAEL N. MILBY, Clerk

By: _Danielle Ahumada_ (signature)
    Deputy Clerk

* Return to: ALONSO, CERSONSKY & GARCÍA, P.C.
    5065 Westheimer, Suite 600
    Houston, Texas  77056